IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARNETRA SMITH, # 228272, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-209-WKW |
| | ) |
| CYNTHIA DILLARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

On December 15, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 18.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i-iii).

A separate final judgment will be entered.

DONE this 9th day of February, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE